# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TRISHA H.,[1]

   Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

   Defendant.

Case No. ED CV 20-2262 MRW

JUDGMENT

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

Date: January 20, 2022

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

[1]  Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.